## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Francisco Perez-Abreu, et al.,**

   Plaintiffs,

     v.                                                          Civil No. 18-1865 (PG)

**Metropol Hato Rey, LLC, et al.,**

   Defendants.

### JUDGMENT

WHEREFORE, in light of the court's Order of even date, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant be, and hereby are **DISMISSED WITHOUT PREJUDICE**. This case is now closed for all statistical purposes.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, May 22, 2019.

S/ JUAN M. PÉREZ-GIMÉNEZ
**JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
