UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO PEREZ ABREU; OLGA FELIX ANCONA AND THEIR LEGAL CONJUGAL PARTNERSHIP<br><br>PLAINTIFFS<br><br>VS.<br><br>METROPOL HATO REY, LLC & RESTAURANT METROPOL 3, INC.<br><br>DEFENDANTS | CIVIL NO. 18-1865 (PG)<br><br><br>RETALIATION UNDER ADEA, TORTS |

NOTICE OF APPEAL

To the Honorable Court:

Notice is hereby given that plaintiffs, Francisco Perez Abreu; Olga Feliz Ancona and the their legal conjugal partnership, hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order of May 22, 2019, and Judgment entered on the same day dismissing the case for failure to exhaust administrative remedies before filing suit (Dockets 14 & 15).

It is hereby certified that the foregoing motion was filed with the Clerk of the Court and notified to the parties, via the CM/ECF system of the Court.

Respectfully Submitted

In San Juan, PR this 20th of June, 2019

S/Javier A Rivera-Vaquer
USDC-PR No. 225809

JOSE A RIVERA-CORDERO
JAVIER A RIVERA-VAQUER
PO BOX 192376
SAN JUAN, PR 00919-2376
TEL (787) 759-3634
FAX (787) 200-9572
EMAIL:jariva@rimerico.com
        rimerico@gmail.com