# United States Court of Appeals
## For the First Circuit

No. 19-1679

FRANCISCO PÉREZ-ABREU; OLGA FELIX-ANCONA;
CONJUGAL PARTNERSHIP PÉREZ-FELIX,

Plaintiffs, Appellants,

v.

METROPOL HATO REY LLC; RESTAURANT METROPOL 3, INC.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: July 9, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order dismissing the complaint is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Jose A. Rivera-Cordero, Javier A. Rivera-Vaquer, Clarisa I. Sola-Gomez, Luis E. Pabon-Roc